UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                        CASE NO.: 3:05cr69/MCR

DAVID E. FLEET

_____/

**O R D E R**

Defendant has filed a motion for clarification of judgment concerning restitution payments. (Doc. 234). Defendant attached portions of the sentencing transcript in support of his understanding that restitution payments would begin three (3) months after he is released from imprisonment. In consideration of Defendant's motion, the court has also review the Judgment dated March 1, 2006, which provides:

> "Unless the court has expressly ordered otherwise above, if this judgment imposes a prior of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment."

The court does not recall, nor does the court find in reviewing the partial transcript provided, any request by defense counsel to defer restitution payments. The court finds no clarification of the Judgment is required. Furthermore, to the extent Defendant requests the court to modify its March 1, 2006, Judgment, other than to correct a clerical error this court has no jurisdiction to modify or amend the judgment at this time.

**SO ORDERED** this 19th day of March, 2007.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**