**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS                                                            CASE NO.  3:05cr69/MCR

DAVID EMORY FLEET

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on   April 23, 2009
Motion/Pleadings:  MOTION FOR PARTIAL DISMISSAL OF FORFEITURE
AND APPROVAL OF PARTIAL SETTLEMENT
Filed by  Government                 on  4/23/2009         Doc.#      261
RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated     _____ Joint Pldg.
  X   Unopposed      _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/ *Susan Simms*

LC (1 OR 2)                          Deputy Clerk: Susan Simms

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 23rd day of April, 2009, that:*

*The relief requested is GRANTED.  Approved.*

s/ *M. Casey Rodgers*
*M. CASEY RODGERS*
*United States District Judge*

Entered On Docket: _____  By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.