**UNITED STATES DISTRICT COURT**
**OF THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**


UNITED STATES OF AMERICA

vs                                                    Case No. 3:05cr69/MCR

DAVID EMORY FLEET

_____/

**ORDER OF FORFEITURE**

THIS CAUSE CAME before the Court on the Motion of the United States of America for a Consented Motion for Entry of Final Order of Forfeiture. Being fully advised in the premises, the Court finds as follows:

WHEREAS, on March 1, 2006, this Court entered a Final Order Of Forfeiture as to Defendant David Emory Fleet (Doc. 141), ordering a money judgment of $295,000.00 against the Defendant; and

WHEREAS, on April 11, 2006, the Court entered an Order (Doc. 157), forfeiting the Defendant's interest in:

**A.    REAL PROPERTY LOCATED AT 1712 EVANS COURT, NICEVILLE, FLORIDA, more particularly described as:**

**Lot 16, Mossey Oaks, a subdivision, according to the plat thereof as recorded in Plat Book 13, Page 34, of the Public Records of Okaloosa County, Florida.**

**Subject to an easement to Central Telephone Company in O.R. Book 1748 at Page 501, of the Public Records of Okaloosa County, Florida.**

**Subject to the Restrictions recorded in that Warranty Deed recorded in O.R. Book 1616 at Page 1610 of the Public Records of Okaloosa County, Florida.**

**Subject to a 5 foot drainage/utility easement along the front (East) side of the captioned property as shown on the plat thereof in Plat Book 13, Page 34, of the Public Records of Okaloosa County, Florida.**

**B.      2001 MAZDA MPV, VIN: JM3LW28Y910191251**

**C.      2001 TOYOTA ECHO, VIN: JTDBT123210180368**

**D.      2003 VOLKSWAGON BEETLE, VIN: 3VWDD21C93M411440; and**

WHEREAS, on October 10, 2006, the United States of America caused to be published in the Northwest Florida Daily News, a newspaper of general circulation, notice of this forfeiture and the intent of the United States of America to dispose of the property, in accordance with the law, and further notifying all third parties of their right to file a petition setting forth their interest in said property; and

WHEREAS, on or about March 20, 2007, J.P. Morgan Chase Bank filed a Petition to Determine Validity of Interest in Real Property. On or about April 3, 2007, the government filed a Response to the Petition, acknowledging J.P. Morgan Chase Bank's superior interest in real property located at 1712 Evans Court, Niceville, Florida; and

WHEREAS, the government has determined that the real property listed as item A above has a negative net equity and no longer seeks its forfeiture so that the pending foreclosure can go forward; and

WHEREAS, the government and Defendant have agreed that Defendant shall pay, within 15 days of this Court's approval, $3,500 to the government for release of the government's intent to forfeit assets B, C, and D; and

WHEREAS, on April 23, 2009, the Court has approved this settlement (Doc 262); and

WHEREAS, the Defendant has paid $3,500 to the U.S. Marshal's Service; it is hereby

**ORDERED, ADJUDGED and DECREED** that the Defendant's right, title and interest in $3,500.00 in U.S. Currency is forfeited to the government in lieu of assets

B, C and D and that $3,500.00 shall be credited to Defendant's $295,000.00 money judgment; it is further

**ORDERED, ADJUDGED and DECREED** that the government's intent to forfeit asset A is released so that Claimant J.P. Morgan Chase Bank may proceed with foreclosure of the property.

**DONE AND ORDERED** this 18th day of May, 2009.


 s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**